## STATEMENT OF FACTS

On Thursday, July 28, 2005, at about 10:00 a.m., sworn officers of the with the Metropolitan Police Department's Major Narcotics Branch and the Bureau of Alcohol, Tobacco, Firearms and Explosives executed a D.C. Superior Court search warrant at xxx Xxxxxx Xxxxxxx, X.X., Washington, D.C. A search of the one of the bedrooms revealed a loaded .32 caliber revolver, a box of Luger 9mm ammunition, a shoe box with a clear ziplock bag containing a large chunk of white/tan rock-like substance, numerous ziplock bags containing a white rock-like substance, and numerous ziplock bags containing a green leafy substance. Officers also recovered mail matter in the defendant's name from the same bedroom. The rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine, and a portion of the green leafy substance field tested positive for THC. During the execution of the search warrant, the defendant was located in the bedroom where officers recovered all of the items, Officers placed the defendant was placed under arrest. The approximate weight of the green leafy substance was 301.76 grams. The approximate weight of the suspected crack cocaine was 25.08 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant. After arrest, the defendant gave video taped statement, saying that all the drugs and gun recovered from the bedroom belonged to him.

OFFICER JAMES BOTELER
MAJOR NARCOTICS BRANCH, MPD


SWORN AND SUBSCRIBED BEFORE ME ON
THIS ___ DAY OF JULY, 2005.


U.S. MAGISTRATE JUDGE