UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :   CRIMINAL NO. 05-318 (HHK) |
| | : |
| EUGENE JONES, JR., | : |
| | : |
| Defendant. | : |
| _____ | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address Lionel.Andre@USDOJ.gov . Mr. Andre will substitute as counsel for AUSA D. Ames Jeffress as counsel for the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN.
    United States Attorney

    _____
    Lionel Andre
    Assistant United States Attorney
    Narcotics Section, Bar No. 422534
    555 4th Street, N.W. Room 4846
    Washington, DC 20530
    (202) 353-2481