UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : |
| | : |
| vs. | : CRIMINAL NUMBER:  05-318(HKK) |
| | : |
| **EUGENE JONES** | : |

### DEFENDANT'S MOTION REQUESTING BOND REDUCTION

Eugene Jones, by counsel, respectfully requests that this Honorable Court reduce the present bond from $25,000 cash only to $25,000/10 percent. The grounds for this request are set forth below.

### FACTS

On July 28, 2005 Eugene Jones was arrested and charged with federal drug and weapons offenses. After a detention hearing, bond was set at $25,000 cash only.

The Eighth Amendment to the United States Constitution states that excessive bail shall not be required. Eugene Jones is a life long resident of the District of Columbia, has family ties to the community, and has never been cited for failure to appear. In light of these facts, the requirement that Eugene Jones pay $25,000 cash in order to be released is excessive within the meaning of the Eighth Amendment and therefore, a violation of the law.

**WHERFORE,** for the foregoing reasons and any other which this Honorable Court may deem just and proper, Eugene Jones requests that this Court grant the motion.

        Respectfully submitted,

        Eugene Jones
        By Counsel

        _____
        Richard Samad
        Counsel for Eugene Jones
        503 D Street, NW Suite 200
        Washington, DC 20001
        (202) 316-0072

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion was mailed to Carlos Acosta at the U.S. Attorneys Office, 555 4th Street NW, Washington, D.C., 20530.

_____
Richard A. Samad