UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 05-318 (HHK)** |
| | : | |
| **EUGENE JONES, JR.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jessie K. Liu at telephone number (202) 514-7549 and/or e-mail address Jessie.K.Liu@usdoj.gov. Ms. Liu will substitute for Assistant United States Attorney Lionel Andre as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549