UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

              v. :    Criminal No. 05-318 (HHK)

EUGENE JONES, JR., :

      Defendant. :    *Sealed*

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Eugene Jones, Jr., hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Unlawful Possession with Intent to Distribute Five Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii)), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant possessed 5 grams or more of a controlled substance (cocaine base);

2. That the defendant possessed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently; and

3. That when the defendant possessed the controlled substance he had the specific intent to distribute it.

The essential elements for Knowingly Using and Carrying, in Relation to, and Possessing a Firearm in Furtherance of, a Drug Trafficking Offense, each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant knowingly used, carried, or possessed a firearm; and

2. Either that the defendant carried or used the firearm during and in relation to, *or* that he possessed the firearm in furtherance of, the drug trafficking offense of possession with intent to distribute cocaine base as charged in Count Two of the indictment.

Possessing a firearm "in furtherance of a drug trafficking offense" means that the possession furthers, advances, or helps forward the drug trafficking offense alleged in Count III of the indictment. The close proximity of a firearm to drugs may lead to an inference that a firearm was possessed in furtherance of a drug trafficking offense.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on July 28, 2005, at approximately 10:00 a.m., members of the Metropolitan Police Department's Major Narcotics Branch and Alcohol Tobacco and Firearms HIDTA Group Task Force executed a D.C. Superior Court search warrant at 613 Condon Terrace, S.E., in the District of Columbia. Upon entry into the residence, the police located defendant Eugene Jones, Jr., and a female acquaintance inside an upstairs bedroom. Defendant Jones admitted that the bedroom belonged to him. During a search of that bedroom, the police recovered approximately 164 ziplocks which contained chunks of white/tan rock-like substances (a total of 25.08 grams of cocaine base), and a Smith & Wesson .32 caliber revolver (serial number AL76436) that was loaded with three (3) rounds of .32 caliber ammunition. The white/tan rock-like substances field tested positive for cocaine. The defendant was then placed under arrest and transported to the Seventh District Police station for processing. While at the police station, the defendant waived his privilege against self-incrimination and admitted on a videotaped statement that the drugs and handgun belonged to him. Based on the foregoing, Eugene Jones, Jr., was in constructive possession of the handgun and ammunition, in furtherance of his drug trafficking offense.

A narcotics expert was prepared to testify that the amount of cocaine base found in the defendant's constructive possession, and the manner in which the cocaine base was packaged, are consistent with possession with intent to distribute, rather than possession for personal use.

This factual proffer is a summary of the defendant's participation in the possession with intent to distribute cocaine base, and possession of a handgun and ammunition in furtherance of a drug trafficking offense, and is not intended to be a complete accounting of all facts and events related to the offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
202-514-7549

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Richard Samad, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 11-18-05

EUGENE JONES, JR.
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 18 Nov 2005

RICHARD SAMAD, ESQUIRE
Attorney for Defendant