UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: CR-05-0318 |
| | ) | |
| Eugene Jones | ) | FILED |
| | | FEB 10 2006 |
| | | CLERK, U.S. DISTRICT COURT |
| | ORDER | DISTRICT OF COLUMBIA |

The Presentence Report in the above-captioned case has been completed by the U.S. Probation Officer. The probation officer has reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" has not been executed by the counsel for the defendant.

Accordingly, it is by the Court, this 9th day of February, 2006,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_/s/ Henry Kennedy_
HENRY H. KENNEDY, JR..
UNITED STATES DISTRICT JUDGE

2/9/06
DATE