UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  05-0318 (HHK) |
| | : | |
| v. | : | Judge Kennedy |
| | : | |
| EUGENE JONES, JR., | : | next date: February 23, 2006: Sentencing |
| | : | |
| Defendant. | : | |

**<u>UNOPPOSED MOTION OF THE UNITED STATES TO CONTINUE SENTENCING</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Motion to Continue the Sentencing in this matter currently scheduled for February 23, 2006.  The government would request that the Court convert the sentencing hearing into a status hearing instead.  The undersigned Assistant United States Attorney contacted Defense Counsel, Richard Samad, Esquire on February 21, 2006.  Mr Samad, stated that he did not oppose the motion for a continuance.

As the Court is aware from the record of this case, defendant, Eugene Jones, Jr. was charged on August 25, 2005, in a five-count Indictment charging him with various drug and weapons offenses.  On November 18, 2005, defendant entered a guilty plea to two counts of the five-count Indictment.  Specifically, defendant pled guilty to possession of with intent to distribute 5 grams or more of cocaine base in violation of 21 U.S.C. § 841(a)(1) and (b)(1(B)(iii) and carrying and possessing a firearm during a drug trafficking offense in violation of 18 U.S.C. § 924(c)(1).  Defendant is currently being held without bond pending his sentencing date.  On January 19, 2006, the United States Department of Probation prepared a draft Presentence Investigation Report (PSR).  The PSR was revised and filed in final form on February 16, 2006.

Based on the United States Sentencing Guideline (U.S.S.G.) calculations set forth in the

PSR, defendant potentially faces a substantial sentence. As the Court may be aware, the assigned AUSA, Jessie Liu, is out of the office on maternity leave. Because the arrival of her child was earlier than originally anticipated, AUSA Liu did not prepare a memorandum in aid of sentencing prior to her maternity leave. In addition to the government's need to prepare and submit a memorandum in aid of sentencing, there are other issues that may have to be resolved before the sentencing in this matter may proceed. First, based on an Order of this Court as well as representations made by the probation officer in the PSR, the government is not comfortable that the PSR has been reviewed by the defendant or his counsel. On page 19 of the PSR, the probation officer indicates that she has not received the "Receipt and Acknowledgment form" from defense counsel. Further, there is nothing in the record to suggest that defendant, in lieu of counsel, reviewed the PSR or made comments to the probation officer about the correctness of the PSR.

     The undersigned AUSA also learned from a passing conversation with AUSA Liu that defense counsel had asked to withdraw as counsel in this matter. The issue of Mr. Samad's continued representation of defendant does not appear to have been resolved. Given the status of the record, the government would like that matter resolved prior to sentencing.

     Given the current status of the case, the government would request a brief continuance of the sentencing in this matter. Although the government is seeking a continuance of the sentencing hearing, the government, however, is not asking that the date be completely vacated. Instead, the government is asking that the sentencing date be converted into a status hearing so that the other issues can be addressed and if necessary be resolved.

## **Conclusion**

    For the reasons outlined above, United States requests a continuance of the sentencing date in the above-captioned case.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY

By: _____
     Anthony M. Alexis
     Assistant United States Attorney
     D.C. Bar No. 384-545
     555 Fourth Street, NW
     Washington, DC 20530
     (202) 514-9416
     anthony.m.alexis@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause to have the foregoing mailed via first class U.S. Mail to counsel for the defendant, Richard Samad, Esquire 1717 K Street, N.W., Suite 600 Washington, D.C. 20036 this 22nd day of February 2006.

_____
ASSISTANT UNITED STATES ATTORNEY