UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-0318 (HHK) |
| | : | |
| v. | : | Judge Kennedy |
| | : | |
| EUGENE JONES, JR., | : | next date: February 23, 2006: Sentencing |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## ORDER

Upon Consideration of the Unopposed Motion of the United States for a continuance of the sentencing date, the lack of any opposition thereto, and the entire record herein, it is by this Court this ____ day of _____, 2006

ORDERED, that the Motion to Continue the Sentencing Date be GRANTED, and that the parties shall appear before the Court on February 23, 3006, at which hearing a new sentencing date shall be established.

_____
Henry H. Kennedy, Jr., Judge
United States District Court

Copies to:

Richard Samad, Esquire
1717 K Street, N.W.
Suite 600
Washington, D.C. 20036


Anthony M. Alexis
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530