UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-318 (HHK) |
| | : | |
| EUGENE JONES, JR., | : | <u>(UNDER SEAL)</u> |
| | : | |
| Defendant. | : | |
| | : | |

## <u>MOTION TO UNSEAL CASE</u>

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to unseal all documents, records and transcripts in the above-captioned case, and to direct that entries be placed on the public docket concerning proceedings in the case and rulings of the Court. In support of its motion, the Government states the following:

1.      On August 25, 2005, Defendant, Eugene Jones, Jr., was indicted on five drug trafficking and gun possession charges. On November 18, 2005, Defendant Jones entered into a plea agreement with the Government pursuant to which he entered a plea of guilty under seal to unlawful possession with intent to distribute five or more grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii), and using, carrying and possessing a firearm during a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1). Defendant Jones also agreed to cooperate with the Government in an effort to earn a downward departure from the applicable sentencing guideline range under Section 5K1.1 of the United States Sentencing Guidelines Manual.

2.      This Court ordered the case sealed and directed that all records be sealed and entries be delayed on the public docket. The parties requested sealing in order to avoid jeopardizing the

then-ongoing investigations in which Defendant Jones was expected to cooperate and to protect the safety of Defendant Jones, law enforcement agents, and witnesses.

3. After a single preliminary meeting with law enforcement agents, Defendant Jones, through his counsel, notified the undersigned Assistant United States Attorney that he no longer wished to cooperate with the Government. Defendant Jones later informed the Government that he had changed his mind and wanted to cooperate after all, but the Government declined his offer of assistance. Defendant Jones did not participate in any way in any investigations.

4. On April 28, 2006, this Court sentenced Defendant Jones to a total of ten years' imprisonment, to be followed by five years of supervised release.

5. The Government now seeks to have the instant case, *United States v. Eugene Jones, Jr.*, Crim. No. 05-318 (HHK), unsealed on the ground that there is no longer a reason for the record to remain sealed. Defendant Jones never cooperated with the Government in any investigation; therefore, the sealing of the record in this case does not serve to protect the integrity of any ongoing investigation or the safety of Defendant Jones, any law enforcement agent, or any other witness. Accordingly, there is no longer an extraordinary situation and a compelling governmental interest that would justify sealing the record in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the Government requests that its motion to unseal be granted and that the Court direct that the record in this case unsealed, that entries on the public docket previously delayed by order of the Court be made, and that court reporters be permitted to prepare transcripts of any proceedings in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530
(202) 514-7549

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been served by first-class United States mail, postage prepaid, on counsel for Defendant:

>Richard Samad, Esquire
>503 D Street, N.W.
>Suite 200
>Washington, D.C. 20001

this twenty-fifth day of July, 2006.

_____
JESSIE K. LIU
Assistant United States Attorney