# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SEALED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-318 (HHK) |
| | : | |
| EUGENE JONES, JR., | : | (UNDER SEAL) |
| | : | |
| Defendant. | : | |

FILED

JUL 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

**UPON CONSIDERATION** of the motion of the United States and any opposition by

Defendant Eugene Jones, Jr., for the reasons set forth in the motion of the United States,

**IT APPEARING TO THE COURT** that there is no compelling Government interest or

extraordinary situation justifying the sealing the record and the public docket, *see Washington Post*

*v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), it is this 27th day of July ,2006,

**ORDERED** that the record in this case, including all pleadings, records, transcripts, and

related documents, in this case be **UNSEALED**, and it is

**FURTHER ORDERED** that the Clerk of the Court shall place on the public docket all

entries in this case, and it is

**FURTHER ORDERED** that the record shall remain unsealed until further Order of the

Court.

Henry Kennedy
HENRY H. KENNEDY, JR.
United States District Judge

copies to:

Jessie K. Liu
Assistant United States Attorney
555 Fourth Street, N.W., Room 4649
Washington, D.C. 20530

Richard Samad, Esquire
503 D Street, N.W.
Suite 200
Washington, D.C. 20001

( N/ )